Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys for Defendant
WILLIAM B. GOODHEART, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. DUMONT, JR., an individual, | Case No.: C01 4921 MJJ (MEJ) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT WILLIAM B. GOODHEART'S REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT MARCH 29, 2006 SETTLEMENT CONFERENCE |
| vs. | |
| WILLIAM B. GOODHEART, M.D., in his individual capacity and in his official capacity with the County of Marin; ~~VERONICA MORGAN, in her official capacity with the County of Marin; MIRIAM RIMKEIT, in her official capacity with the County of Marin; MARY DONOVAN, in her official capacity with the County of Marin; HEIDI ALLGAIER, in her official capacity with the County of Marin; DEPARTMENT OF HEALTH & HUMAN SERVICES of the County of Marin; and the COUNTY OF MARIN, by and through its BOARD OF SUPERVISORS~~, | |
| Defendants. | |

Defendant WILLIAM B. GOODHEART has requested to be excused from personally attending the March 29, 2006 settlement conference. Attending in his place will be a representative of the COUNTY OF MARIN who is authorized to settle the case.

Good cause appearing, Defendant's request to be excused from the conference is hereby granted.

Dated: March 28, 2006

_____
Honorable Maria-Elena James

- 1 -

Dumont v. Goodheart, et al., No. C01 4921 MJJ
[Proposed] Order Granting Defendant William B. Goodheart's Request To Be Excused From Appearing In Person Or By Telephone At March 29, 2006 Settlement Conference