IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. DUMONT, JR., an individual, | No. C 01-4921 MJJ (MEJ) |
| Plaintiff, | **COURT ORDER SEALING RECORDS** |
| vs. | |
| WILLIAM B. GOODHEART, M.D., in his individual capacity and in his official capacity with the County of Marin, Defendant. | |

The Court Order seals all records referring to, derived from, or in anyway pertaining to the October 28, 1998, report authored by William B. Goodheart regarding Frank W. Dumont, Jr., and prohibits any further dissemination of it.

**IT IS SO ORDERED.**

Dated: April 3, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge