IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUMONT,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>GOODHEART, et al.,<br>　　　　　Defendant(s).<br>_____/ | No. C 01-4921 MJJ (MEJ)<br><br>**TELEPHONIC CONFERENCE CALL** |

　　　This Court is in receipt of Stefanie Brown and Rebecca Wilden's dispute letters. Based on the issues raised in the parties' respective letters, the Court hereby schedules a telephonic conference call on June 7th at 3:00 p.m. Two days prior to the telephonic conference call, each party shall submit a proposed settlement order to Chambers and highlight the areas or provisions that are in dispute.

　　　On June 7th, Plaintiff is to initiate the call and both parties are to telephone Chambers at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: May 30, 2006

　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge