Stefanie M. Brown, Esq. (CA Bar No. 130247)
(*licensed in CA only*)
17170 Remington Road
Colorado Springs, Colorado 80908-1636
Tel: (719) 495-9997
Fax: (719) 457-5953
DavidaSMB@aol.com

Attorney For Plaintiff
FRANK W. DUMONT, JR.

Clyde A. Thompson, SBN 6026
Rebecca S. Widen, SBN 219207
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendant
WILLIAM B. GOODHEART, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| FRANK W. DUMONT, JR., an individual, ) | Case No.: C01 4921 MJJ (MEJ) |
| ) | |
| Plaintiff, ) | **JOINT STATUS CONFERENCE** |
| ) | **STATEMENT AND** ~~**PROPOSED**~~ |
| vs. ) | **ORDER** |
| ) | |
| WILLIAM B. GOODHEART, M.D., in his ) | **Date:** August 22, 2006 |
| individual capacity and in his official capacity ) | **Time:** 2:00 p.m. |
| with the County of Marin, ) | **Courtroom:** 11 (19th Floor) |
| ) | |
| Defendant. ) | *The Honorable Martin J. Jenkins* |
| ) | |

Pursuant to Civil L.R. 16-9 and 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the status conference scheduled in this case, and jointly submit this Joint Status Conference Statement and Proposed Order and request the Court to adopt it as a Case Management Order in this case.

On March 29, 2006, the parties had a settlement conference with Magistrate Judge Maria Elena James and left that conference believing that a settlement had been reached. But the parties were not thereafter able to agree on the terms of a written, formal Settlement Agreement and Release. As a result, the settlement funds were never delivered to plaintiff.

1

*Dumont v. Goodheart, et al.,*/Case No. C01 4921 MJJ
Joint Status Conference Statement And ~~Proposed~~ Order

On June 7, 2006, the parties had a follow-up telephone conference with Judge James in an attempt to resolve the issues that had arisen with regard to finalizing the settlement. However, no resolution was reached, and the defense indicated it would be filing a motion to enforce settlement within ten (10) days but then elected to wait to file such motion until if and when the case was restored to the active docket. Plaintiff's position is that no settlement occurred at that time because it became clear upon attempts to memorialize the agreement that there had been no meeting of the minds on a point essential to the defense's assent to the settlement.

On August 9, 2006, the parties reached an agreement on the language and terms of the formal settlement and related documents and on August 10, Plaintiff faxed the signed release to Defendant. Defendant is in the process of obtaining Judge James' signature on an agreed revised Sealing Order, and obtaining the settlement draft. The parties anticipate that the settlement draft will be delivered to plaintiff, and a stipulation and proposed order for dismissal will be filed, on or before September 15, 2006.

Accordingly, the parties request that the Status Conference be continued until a date after September 15, 2006.

Dated: August 10, 2006                                   Dated: August 11, 2006

Respectfully submitted,                                   HAAPALA, ALTURA, THOMPSON
                                                          & ABERN, LLP

_____                           _____
Stefanie M. Brown                                         Rebecca S. Widen
Attorney for Plaintiff                                    Attorneys for Defendant
FRANK W. DUMONT, JR.                                      WILLIAM B. GOODHEART, M.D.


### SUPPLEMENTAL CASE MANAGEMENT ORDER

The status conference set for August 22, 2006, is continued to October 3, 2006 at 2 pm.

Dated: 8/14/2006

_____
Honorable Martin J. Jenkins

2

Dumont v. Goodheart, et al./Case No. C01 4921 MJJ
Joint Status Conference Statement And ~~Proposed~~ Order