1   Clyde A. Thompson, SBN 72920
    Rebecca S. Widen, SBN 219207
2   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
    1939 Harrison Street, Suite 800
3   Oakland, California 94612
    Tel:   510-763-2324
4   Fax:   510-273-8570
    Attorneys for Defendant
5   WILLIAM B. GOODHEART, M.D.

6   Patrick Faulkner, Esq.
    COUNTY COUNSEL
7   James G. Flageollet, Esq. (State Bar Number 88348)
    DEPUTY COUNTY COUNSEL
8   3501 Civic Center Drive, Suite 303
    San Rafael, California 94903-522
9   Tel:   (415) 499-6117
    Attorneys for Defendants
10  VERONICA MORGAN, MIRIAM RIMKEIT, MARY DONOVAN,
    HEIDI ALLGAIER, and COUNTY OF MARIN (erroneously sued
11  herein as "DEPARTMENT OF HEALTH & HUMAN SERVICES"
    and "BOARD OF SUPERVISORS")

12
    Stefanie M. Brown (Ca. State Bar No. 130247)
13  17170 Remington Road
    Colorado Springs, Colorado 80908-1636
14  Tel:   (719) 495-9997
    Fax:   (719) 457-5953
15  Attorney for Plaintiff
    FRANK W. DUMONT, JR.
16

17                   UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19  FRANK W. DUMONT, JR., an individual,        )   Case No.:  C01 4921 MJJ (MEJ)
                                                )
20              Plaintiff,                       )
         vs.                                    )
21                                              )   **STIPULATION AND ORDER
    WILLIAM B. GOODHEART, M.D., in his individual )  **OF DISMISSAL WITH
22  capacity and in his official capacity with the County of ) **PREJUDICE AS TO
    Marin; VERONICA MORGAN, in her official capacity )  **DEFENDANTS**
23  with the County of Marin; MIRIAM RIMKEIT, in her )     GRANTED
    official capacity with the County of Marin; MARY )
24  DONOVAN, in her official capacity with the County of )
    Marin; HEIDI ALLGAIER, in her official capacity with )
25  the County of Marin; DEPARTMENT OF HEALTH & )
    HUMAN SERVICES of the County of Marin; and the )
26  COUNTY OF MARIN, by and through its BOARD OF )
    SUPERVISORS,                                )
27                                              )
                Defendants.                      )
28  _____ )

                              - 1 -

1    IT IS HEREBY STIPULATED by and between Plaintiff FRANK W. DUMONT, JR.

2  and all Defendants, through their counsel, that, following the payment of settlement funds to

3  Plaintiff DUMONT, the above-captioned action be and hereby is dismissed with prejudice as to

4  all defendants, pursuant to FRCP 41(a).

5        The parties shall be responsible for the payment of their own court costs and attorneys'

6  fees.

7  Dated: August 29, 2006          By: _____

8                                      Stefanie M. Brown
                                       Attorney For Plaintiff DUMONT
9

10  Dated: August 11, 2006          HAAPALA, ALTURA
                                     THOMPSON & ABERN, LLP
11

12                                   By: _____
13                                      Rebecca S. Widen
                                        Attorneys for Defendant GOODHEART
14

15  Dated: August 7, 2006           MARIN COUNTY COUNSEL

16

17
                                     By: _____
18                                      Patrick Faulkner
                                        Marin County Counsel
19                                      Attorneys for Defendants
                                        VERONICA MORGAN, MIRIAM
20                                      RIMKEIT, MARY DONOVAN, HEIDI
                                        ALLGAIER, and COUNTY OF MARIN
21

22        IT IS SO ORDERED.

23  Dated: ___9/5/2006___

24
                                     _____
25                                   THE HONORABLE MARTIN J. JENKINS
                                     United States District Court Judge
26

27

28

Haapala, Altura, Thompson & Abern, LLP
Attorneys At Law
Park Plaza Building
1938 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8584

-2-

Dumont v. Goodheart, et al., No. C01 4921 MJJ